IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELLY WHISBY,

    Plaintiff,

vs.                                   CASE NO. 5:09-cv-391-SPM/EMT

FEDERAL EMPLOYEES,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 31). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed an objection (doc. 33). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff filed this damages action against agents and officials of the United States Bureau of Prisons alleging, *inter alia*, that while a prisoner, he was denied visitation with his family in retaliation for complaining about his custody level. Even taking the Plaintiff's allegations as true, they fail to establish a claim

of a constitutional violation.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 31) is *adopted* and incorporated by reference into this order.

2. This case is *dismissed* for failure to state a claim upon which relief may be granted. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. All pending motions are *denied as moot*.

DONE AND ORDERED this tenth day of September, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge